### (June 5, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN THORNHILL, Petitioner, v EDWARD HAMMOCK, as Commissioner of the New York State Board of Parole, et al., Respondents.—Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus, denied as legally insufficient (see *Matter of Gonzague v New York State Bd. of Parole,* 58 AD2d 707; *Matter*

of *Fusco v Chairman, Bd. of Parole of State of N. Y.,* 59 AD2d 973). Sweeney, J. P., Main, Larkin, Mikoll and Herlihy, JJ. concur.